# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANASTACIO DE LOS SANTOS, Petitioner, | § § § § | |
| v. | § | Civil Action No. 1:18-cv-00051 |
| TATER ORTIZ, et al., Respondents. | § § § | |

## ORDER

The Court is in receipt of Anastacio De Los Santos's petition, styled "Writ of Habeas Corpus, Request for Temporary Restraining Order and Complaint for Declaratory and Injunctive Relief." Dkt No. 1. De Los Santos seeks a writ of habeas corpus under 28 U.S.C. § 2241, and "a temporary restraining order, and preliminary injunction, ordering that he be released from the Custody of DHS, and that his documents be returned[.]" Dkt. No. 1 at 8. "The plain language of the habeas statute . . . confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *see* 28 U.S.C. § 2241(a). De Los Santos's petition states he is confined at the South Texas Detention Complex in Pearsall, Texas. Dkt. No. 1 at 2. Therefore, it is **ORDERED** that the Clerk of the Court transfer this civil action to the San Antonio Division of the Western District of Texas.

Signed on this 27th day of March, 2018.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**